# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**OLD PALM HOLDINGS, L.P.** and **OLD PALM REAL ESTATE, LLC.,**
Appellants,

v.

**OLD PALM FOUNDATION, INC., OLD PALM GOLF CLUB, INC,
FRANKEL REALTY GROUP, LLC, DOROTHEA FAXON,** and
**GERALDINE STANKO,**
Appellees.

No. 4D20-2369

[May 6, 2021]

Appeal of nonfinal orders from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502017CA011905XXXXMB (AO).

Raoul G. Cantero and Veronica Gordon of White & Case LLP, Miami, for appellant.

Bernard Lebedeker and J. Michael Burman of Reid Burman Lebedeker Xenick Pepin, West Palm Beach, for appellee Old Palm Foundation, Inc.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS AND MAY, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***